# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 1 WM 2021
:
Respondent :
:
:
:
v. :
:
:
ANDY BUXTON, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of April, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days of this order.